AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Organizational Defendants) |
| TYSON FOODS, INC.; | CASE NUMBER: 4:09MJ4001-001, 002 |
| TYSON POULTRY, INC., d/b/a | |
| RIVER VALLEY ANIMAL FOODS | P. K. Holmes, III |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)  One (1) of an Information on January 6, 2009

☐  pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐  was found guilty on count(s) _____
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 29 U.S.C. § 666(e) | Willful Violation of OSHA Standards Causing Death to Employee | 10/10/2003 | 1 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

☐  Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No  _____

Defendant Organization's Principal Business Address:

Tyson Poultry, Inc.

River Valley Animal Foods

7500 Tyson Road

Texarkana, AR 71854

Defendant Organization's Mailing Address:

Same as above

June 12, 2009
Date of Imposition of Judgment

/s/ BAB
Signature of Judge

Honorable Barry A. Bryant, United States Magistrate Judge
Name and Title of Judge

June 16, 2009
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 1 6 2009
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page 2 of 4

DEFENDANT ORGANIZATION: TYSON FOODS, INC.; TYSON POULTRY, INC., d/b/a RIVER VALLEY ANIMAL FOODS
CASE NUMBER: 4:09MJ4001-001, 002

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:   One (1) year unsupervised probation

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page  3  of  4

DEFENDANT ORGANIZATION: TYSON FOODS, INC.; TYSON POULTRY, INC., d/b/a RIVER VALLEY ANIMAL FOODS
CASE NUMBER: 4:09MJ4001-001, 002

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | Assessment | Fine         | Restitution |
|--------|-----------|--------------|-------------|
| TOTALS | $ 50.00   | $ 500,000.00 | $ - 0 -     |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

*If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.*

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

| TOTALS | $ _____ | $ _____ |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant organization does not have the ability to pay interest, and it is ordered

   X the interest requirement is waived for the   X fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 — Schedule of Payments

Judgment — Page __4__ of __4__

DEFENDANT ORGANIZATION: TYSON FOODS, INC.; TYSON POULTRY, INC., d/b/a RIVER VALLEY ANIMAL FOODS
CASE NUMBER: 4:09MJ4001-001, 002

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  X  Lump sum payment of $ __500,050.00__ due immediately,

    ☐ not later than _____, or
    ☐ in accordance with  ☐ C or  ☐ D below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☐ D below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  X  Special instructions regarding the payment of criminal monetary penalties:

    **Payment is to be made by wire transfer within three (3) business days to the U.S. District Clerk's Office.**

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
   Attachment — Statement of Reasons

Judgment — Page __1__ of __2__

DEFENDANT ORGANIZATION: TYSON FOODS, INC.; TYSON POULTRY, INC., d/b/a RIVER VALLEY ANIMAL FOODS
CASE NUMBER: 4:09MJ4001-001, 002

## STATEMENT OF REASONS

[X] The court adopts the presentence report and guideline applications WITHOUT CHANGE.

**OR**

[ ] The court adopts the presentence report guideline applications BUT WITH THESE CHANGES:

**Guideline Range Determined by the Court:**

[ ] The defendant organization is a criminal purpose organization pursuant to U.S.S.G. §8C1.1.

**OR**

[ ] The calculation of the guideline fine range is unnecessary because the defendant organization cannot pay restitution pursuant to U.S.S.G. §8C2.2(a).

**OR**

Total Offense Level: _____
Base Fine: _____
Total Culpability Score: _____
Fine Range: $ _____ to $ _____

[ ] Disgorgement amount of $ _____ is added to fine pursuant to U.S.S.G. §8C2.9.

[ ] Fine offset amount of $ _____ is subtracted from fine pursuant to U.S.S.G. §8C3.4.

[ ] Fine waived or below the guideline range because of inability to pay pursuant to U.S.S.G. §8C.3.3.

### RESTITUTION DETERMINATIONS

Total Amount of Restitution: $ _____

[ ] For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

[ ] For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

[ ] For offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

[ ] Restitution is not ordered for other reasons:

[ ] Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c) for the following reason(s):

AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Attachment A — Statement of Reasons

Judgment — Page 2 of 2

DEFENDANT ORGANIZATION: TYSON FOODS, INC.; TYSON POULTRY, INC., d/b/a RIVER VALLEY ANIMAL FOODS
CASE NUMBER: 4:09MJ4001-001, 002

# STATEMENT OF REASONS

[X] The sentence is within the guideline range and the court finds no reason to depart from the sentence called for by the application of the guidelines.

[ ] The Sentencing Guidelines do not apply in this case.

## OR

[ ] The sentence departs from the guideline range:

[ ] upon motion of the government, as a result of a defendant's substantial assistance, or

[ ] for the following specific reason(s):